UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DEMARTIN A. CLEMONS,<br><br>      Plaintiff,<br><br>  vs.<br><br>BRIAN WILLIAMS, SR, et al.,<br><br>      Defendants. | 2:13-cv-0093-JCM-NJK<br><br>**SCREENING ORDER** |

   In this action on a section 1983 civil rights complaint, defendants seek a one-day enlargement of time to file their confidential mediation statement (ECF No. 7).  Good cause appearing,

   **IT IS ORDERED** that the motion is granted.  The mediation statement shall be filed no later than July 15, 2013.

   Dated this 5th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE