**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEMARTIN A. CLEMONS, ) | 2:13-cv-0093-JCM-NJK |
| Plaintiff, ) | |
| ) | **SCREENING ORDER** |
| vs. ) | |
| BRIAN WILLIAMS, SR, et al., ) | |
| Defendants. ) | |

In this action on a section 1983 civil rights complaint, defendants seek a one-day enlargement of time to file their confidential mediation statement (ECF No. 7). Good cause appearing,

**IT IS ORDERED** that the motion is granted. The mediation statement shall be filed no later than July 15, 2013.

Dated this 5th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE