1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8                                        * * *

                                                        Case No. 2:13-cv-00093-RFB-NJK
9    DE'MARIAN A. CLEMONS,

10                     Plaintiff,                          **ORDER TO PRODUCE**
                                                         **DE'MARIAN A. CLEMONS**
11              v.

12   BRIAN WILLIAMS, SR., *et al.*,

13                    Defendants.

14

15      TO:      DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
16      TO:      BRIAN E. WILLIAMS, SR., SOUTHERN DESERT CORRECTIONAL CENTER
                 INDIAN SPRINGS, NV
17               UNITED STATES MARSHAL FOR THE DISTRICT OF
                 NEVADA AND ANY OTHER UNITED STATES MARSHAL
18

19
        **THE COURT HEREBY FINDS** that **DE'MARIAN A. CLEMONS, #48085**, is
20
     presently in custody of the Nevada Department of Corrections, located at Southern Desert
21
     Correctional Center, Indian Springs, Nevada.
22
        **IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or
23
     his designee, shall transport and produce **DE'MARIAN A. CLEMONS, #48085**, to the Lloyd D.
24
     George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or
25
     about Monday, March 16, 2015, at the hour of 10:30 a.m., to attend a hearing in the instant matter,
26
     and arrange for his appearance on said date as ordered and directed by the Court entitled above,
27
     until **DE'MARIAN A. CLEMONS, #48085**, is released and discharged by the said  Court;
28
     and that **DE'MARIAN A. CLEMONS, #48085**, shall thereafter be returned to the custody

1  of the Warden, Southern Desert Correctional Center, Indian Springs, NV, under safe and secure

2  conduct.

3      **DATED** this 5th day of March, 2015.

4

5  _____

   **RICHARD F. BOULWARE, II**

6  **UNITED STATES DISTRICT JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28