# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

DE'MARIAN A. CLEMONS,

        Plaintiff,

  v.

BRIAN WILLIAMS, SR., *et al.*,

        Defendants.

Case No. 2:13-cv-00093-RFB-NJK

**ORDER TO PRODUCE
DE'MARIAN A. CLEMONS**

TO:     DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:     BRIAN E. WILLIAMS, SR., SOUTHERN DESERT CORRECTIONAL CENTER
           INDIAN SPRINGS, NV
           UNITED STATES MARSHAL FOR THE DISTRICT OF
           NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **DE'MARIAN A. CLEMONS, #48085**, is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall transport and produce **DE'MARIAN A. CLEMONS, #48085**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about **Tuesday, May 19, 2015, at the hour of 10:30 a.m.**, to attend a hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **DE'MARIAN A. CLEMONS, #48085**, is released and discharged by the said Court; and

1  that **DE'MARIAN A. CLEMONS, #48085**, shall thereafter be returned to the custody of the
2  Warden, Southern Desert Correctional Center, Indian Springs, NV, under safe and secure conduct.

        DATED: May 11, 2015.

                                        _____
                                        **RICHARD F. BOULWARE, II**
                                        **United States District Judge**