1. DeMarian A. Clemons
2. #48085
3. Southern Desert Correctional Center
4. Post Office Box 208
5. Indian Springs, NV. 89070

8. United States District Court
9. District of Nevada

11. Case No: 2:13-cv-00093-RFB-NJK

13. DeMarian A. Clemons
14.        Plaintiff
16. V.
17. Brian Williams, Sr; et. al
18.        Defendants

"Motion For A Time-Enlargement To Respond To The Defendants Summary Judgement"

22.        Come Now plaintiff in pro se,
23. hereby filing this motion for "Time-Enlargement".
24. The defendants filed for "Summary Judgement"
25. on September 14, 2015, plaintiff has 14 days to
26. respond but is asking for "extension of time"

1.
2. due to limited access to the Law Library. Plaintiff
3. is coming in "good faith" and filing this motion in a
4. timely manner so that the Defendants and this
5. Honorable Court is aware, the 14 day deadline ends
6. October 1st, 2015. The Plaintiff is asking for a 45 days
7. "extention" after that date which would be November 15,
8. 2015.
9.
10. Conclusion
11.
12. Based upon the foregoing, Plaintiff respectfully
13. request that this Honorable Court grant this motion for
14. "Time-Enlargement."
15.
16. Dated: October 7th, 2015
17.
18. **IT IS ORDERED** that [98] MOTION to Extend Time to Respond to [93] Motion for Summary
19. Judgment, by Plaintiff De'Marian A Clemons is **GRANTED**;
20. **IT IS FURTHER ORDERED** that the Clerk of Court shall serve this Order on the person(s) and
21. respective addresses noted in the [98] MOTION to Extend Time to Respond to [93] Motion for
22. Summary Judgment.
23.
24. RICHARD F. BOULWARE, II
    United States District Judge
25. DATED this 22nd day of Ocotber, 2015.
26.
27.

## CERTIFICATE OF SERVICE

I, DeMARIAN A. CLEMONS, hereby certify that I am the Petitioner in this matter and I am representing myself *in propria persona*.

On this 7TH day of OCTOBER, 2015, I served copies of the MOTION FOR TIME-ENLARGEMENT _____,

in Case No. 2:13-CV-00093-RFB-NJK and placed said document(s) in the United States Mail, first-class postage prepaid, addressed as follows:

Clerk, U.S. District Court
District of Nevada
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd So. - Rm 1334
Las Vegas, NV 89101

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the Petitioner in the above-entitled action, and he has read this Certificate of Service and the information contained therein is true and correct.

Executed pursuant to 28 U.S.C. § 1746 and 18 U.S.C. § 1621 at Southern Desert Correctional Center, on this 7TH day of OCTOBER, 2015.

DeMarian A. Clemons
NDOC No. #48085
Petitioner – *In Propria Persona*

-1-

De'Marian Clemons #48085
S.D.C.C.
P.O. Box 208
Indian Springs, NV 89070

"LEGAL MAIL"
CONFIDENTIAL

Clerk, U.S. District Court
District of Nevada
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd. So.- Rm 1334
Las Vegas, NV 89101

Hasler
10/08/2015
US POSTAGE $00.48⁵
FIRST-CLASS MAIL
ZIP 89101
011D12602491