DeMarian A. Clemons
SDCC
#48085
PO BOX 208
Indian Springs NV 89070-0208
Plaintiff Pro Se

FILED ___ RECEIVED ___
ENTERED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

NOV - 4 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DeMARIAN A. CLEMONS,
    Plaintiff,

v.

BRIAN WILLIAMS, SR., et al.,
    Defendants

Case No. 2:13-CV-00093-RFB-NJK

MOTION TO COMPEL INDEX OF EXHIBITS / MOTION FOR ADDITIONAL TIME TO RESPOND

    Plaintiff, DeMarian A. Clemons (Clemons), by and through his proper person does hereby submit the foregoing Motion To Compel Index of Exhibits / Motion For Additional Time To Respond (Motion).

    This Motion is made and based upon all documents, papers, and pleadings on file and now pending before this Court.

    This Motion is also made and based upon the attached Points and Authorities, argument of Clemons in support to this Court granting the same.

**I. Motion To Compel:**

    Respondents counsel has filed a Motion For Summary Judgment, and the Exhibit's as pertains to the Motion For Summary Judgment (Judgment), have been sent to

the Warden of Southern Desert Correctional Center (SDCC), Brian Williams, and are divided amongst six (6) envelopes without any indication by alphabet, or numerically to the documents therein, as pertains to the Judgment.

Whereby, Clemons cannot accurately direct this Courts attention to the Exhibit's that will support, his response to the Motion To Dismiss And Motion For Summary Judgment (Judgment).

Wherefore, Clemons does respectfully request that this Court will compel, Respondents counsel, to produce an Index of Exhibit's, that corresponds to the Judgment, and the 6 envelopes sent to Clemons for purposes of Clemons response to same.

## II Motion For Additional Time:

Clemons, had previously requested from this Court forty-five (45), days to Respond To The Defendants Summary Judgment.

This Court has granted Clemons until November 15, 2015, to respond.

That, due to the nature of Clemons Motion, Clemons does respectfully request that this Court will grant Clemons an additional 45 days, from the date that Clemons receives Respondents Index of Exhibit's.

That, pursuant to the penalty of perjury Clemons does state this Motion is not made to delay, or hinder this action to reaching resolution, yet is submitted to adequately respond to the Respondents Judgment; to allow this Court to adequately consider each parties

-2-

respective pleadings.
Respectfully Submitted
Dated this 29TH day of October, 2015

_DeMarian C. Clemons_
DeMARIAN A. CLEMONS
PLAINTIFF PRO SE

////

////

        IT IS SO ORDERED:

////

_____
RICHARD F. BOULWARE, II
~~United States District Judge~~
DATED this 9th day of November, 2015.

////

////

////

////

////

-3-

DeMarian A. Clemons #1008S
S.D.C.C.
P.O. Box 208
Indian Springs, NV 89070

"LEGAL MAIL"
CONFIDENTIAL

Clerk, U.S. District Court
District of Nevada
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd. So. - Rm 1334
Las Vegas, NV 89101