De'Marian A. Clemons
SDCC
#48085
P.O. Box 208
Indian Springs, NV 89070-0208
Plaintiff Pro Se

```
FILED ___      ___ RECEIVED
ENTERED ___    ___ SERVED ON
               COUNSEL/PARTIES OF RECORD

         JAN 21 2016

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| De'Marian A. Clemons | Case No. 2:13-cv-00093-RFB-NJK |
|---|---|
| Plaintiff, | Motion To Compel Index of |
| v. | Exhibits / Motion for Time- |
| Brian Williams, Sr., et al., | Enlargement |
| Defendants | |

Plaintiff, De'Marian A. Clemons (Clemons), by and through his proper person does hereby submit the foregoing Motion To Compel Index of Exhibits / Motion for Time-Enlargement Additional Time To Respond. (motion)

This motion is made and based upon all documents, papers, and pleadings on file and now pending before this court.

This motion is also made and based upon the attached points and authorities, argument of Clemons in support to this court granting the same.

I. Motion To Compel:

Plaintiff filed a Motion To Compel Index of Exhibits so that the Respondents can indicate by alphabet or numerically to the documents therein, as pertain to the Judgement whereby

Clemons cannot accurately direct this courts attention to the exhibits that will support his response for the Motion To Dismiss and Motion for Summary Judgement (Judgement). Plaintiff filed the first Motion To Compel on October 29th, 2015 which was filed by this Honorable Court on November 4th, 2015, granting 45 days To respond to the defendants Motion for Dismiss and also Motion For Summary Judgement. As of December 2nd the defendants has not produced the "Index of exhibits" to appropriately respond to the defendants Motion To Dismiss and Motion for Summary Judgement.

II. Motion For Additional Time:

Clemons, had previously requested from this Court forty-five (45) days (twice) to Respond To The defendants Summary Judgement. This court granted Clemons another 45 days to respond to both of the defendants motions but Plaintiff has not recieved the appropriate "Index of exhibits" and plaintiff 45 days is running and by defendants failure to oppose plaintiff motions or even argue this Honorable court decision, Plaintiff is asking this Honorable court for forty-five (45) days to give the defendants another opportunity to produce the "Index of exhibits". This motion is not To delay, or hinder this action to reaching resolution, yet is submitted to adequately respond to the respondents Judgement, to allow this court to adequately consider each parties respective pleadings.

Respectfully Submitted

Dated This ___ day of ___ 2015

De'Marian A. Clemons
PLAINTIFF Pro Se.

DeMarion A. Clemons #48085
H.D.C.C
P.O. Box 208
Indian Springs, NV 89070

"LEGAL MAIL"
CONFIDENTIAL

LAS VEGAS NV 890
19 JAN 2016 PM 2
370

Clerk, U.S. District Court
District of Nevada
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd. SO. - Rm 1334
Las Vegas, NV 89101
89101-705934

Legal Mail

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DE'MARIAN A. CLEMONS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN WILLIAMS, *et al.,*<br><br>　　　　　　　　　　　Defendants. | Case No. 2:13-cv-00093-RFB-NJK<br><br>ORDER |

　　　　IT IS ORDERED that [108] Plaintiff's Motion to Extend Time is GRANTED.  Plaintiff's opposition to [93] Motion for Summary Judgment is due by 3/10/2016.

　　　　IT IS FURTHERED ORDERED that [107] Motion to Compel Index of Exhibits; [109] Motion to Comper; and [110] Second Motion to Extend Time re [93] are DENIED as moot.

　　　　IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this Order along with [105] Sealed Documents, [106] Notice of Submission of Index of Exhibits in Camera, and the Civil Docket Sheet to Plaintiff De'Marian A. Clemons at the address noted in the docket.


　　　　DATED this 27th day of January, 2016.


　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　United States District Judge