UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DE'MARIAN A. CLEMONS,

          Plaintiff,

  v.

BRIAN WILLIAMS, SR., *et al.*,

          Defendants.

Case No. 2:13-cv-00093-RFB-NJK

**ORDER TO PRODUCE
DE'MARIAN A. CLEMONS**

TO:     DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:     BRIAN E. WILLIAMS, SR., SOUTHERN DESERT CORRECTIONAL CENTER
        INDIAN SPRINGS, NV
        UNITED STATES MARSHAL FOR THE DISTRICT OF
        NEVADA AND ANY OTHER UNITED STATES MARSHAL

      **THE COURT HEREBY FINDS** that **DE'MARIAN A. CLEMONS, #48085**, is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

      **IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall transport and produce **DE'MARIAN A. CLEMONS, #48085**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about **Thursday, July 7, 2016, at the hour of 10:00 a.m.**, to attend a hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **DE'MARIAN A. CLEMONS, #48085**, is released and discharged by the said Court; and

1  that **DE'MARIAN A. CLEMONS, #48085**, shall thereafter be returned to the custody of the
2  Warden, Southern Desert Correctional Center, Indian Springs, NV, under safe and secure conduct.

   **DATED**: June 24, 2016.

   _____
   **RICHARD F. BOULWARE, II**
   **United States District Judge**