UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DE'MARIAN A. CLEMONS,

    Plaintiff,

v.

BRIAN WILLIAMS, SR., *et al.*,

    Defendants.

Case No. 2:13-cv-00093-RFB-NJK

**ORDER TO PRODUCE DE'MARIAN A. CLEMONS, #48085**

TO:    DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    BRIAN E. WILLIAMS, SR., SOUTHERN DESERT CORRECTIONAL CENTER INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF
NEVADA AND ANY OTHER UNITED STATES MARSHAL

    **THE COURT HEREBY FINDS** that **DE'MARIAN A. CLEMONS, #48085**, is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

    **IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall transport and produce **DE'MARIAN A. CLEMONS, #48085**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about **Wednesday, October 5, 2016, at the hour of 4:00 p.m.**, in LV Courtroom 7C, to attend a hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **DE'MARIAN A. CLEMONS, #48085**, is released and

discharged by the said Court; and that **DE'MARIAN A. CLEMONS, #48085**, shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, NV, under safe and secure conduct.

DATED: September 29, 2016.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**