UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DE'MARIAN A. CLEMONS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRIAN WILLIAMS, SR., *et al.*,<br><br>　　　　Defendants. | Case No. 2:13-cv-00093-RFB-NJK<br><br>**ORDER TO PRODUCE DE'MARIAN A. CLEMONS, #48085** |

TO:　　DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:　　BRIAN E. WILLIAMS, SR., SOUTHERN DESERT CORRECTIONAL CENTER
　　　　INDIAN SPRINGS, NV
　　　　UNITED STATES MARSHAL FOR THE DISTRICT OF
　　　　NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **DE'MARIAN A. CLEMONS, #48085**, is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall transport and produce **DE'MARIAN A. CLEMONS, #48085**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about **November 14, 2016 through November 16, 2016 at the hour of 9:00 AM**, in LV Courtroom 7C, to attend the jury trial in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **DE'MARIAN A. CLEMONS,**

**#48085,** is released and discharged by the said Court; and that **DE'MARIAN A. CLEMONS, #48085**, shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, NV, under safe and secure conduct.

**DATED**: November 8, 2016.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**