1
2
3
4
5

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DE'MARIAN A. CLEMONS,<br><br>           Plaintiff,<br><br>    v.<br><br>BRIAN WILLIAMS, SR., *et al.*,<br><br>           Defendants. | Case No. 2:13-cv-00093-RFB-NJK<br><br>**ORDER TO PRODUCE DE'MARIAN A. CLEMONS, #48085** |

TO:     DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:     BRIAN E. WILLIAMS, SR., SOUTHERN DESERT CORRECTIONAL CENTER INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **DE'MARIAN A. CLEMONS, #48085**, is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall transport and produce **DE'MARIAN A. CLEMONS, #48085**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about **January 23-24, 2017 at the hour of 9:30 AM**, in LV Courtroom 7D, to attend the jury trial in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **DE'MARIAN A. CLEMONS, #48085,** is released

/ / /

/ / /

1    and discharged by the said Court; and that **DE'MARIAN A. CLEMONS, #48085**, shall
2    thereafter be returned to the custody of the Warden, Southern Desert Correctional Center,
3    Indian Springs, NV, under safe and secure conduct.
4        **DATED**: January 19, 2017.

                                                  **RICHARD F. BOULWARE, II**
                                                **United States District Judge**