**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DE'MARIAN A. CLEMONS,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　Defendant(s). | Case No.: 2:13-cv-00093-RFB-NJK<br><br>**Order**<br><br>(Docket No. 250) |

Pending before the Court is a motion to withdraw as counsel for Defendant Cheryl Dressler. Docket No. 250. Any response must be filed by September 6, 2019. The Court hereby **SETS** a hearing on the motion for 3:30 p.m. on September 18, 2019. In addition to withdrawing counsel and any newly retained counsel, Defendant Dressler must appear personally at the hearing. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

Withdrawing counsel shall serve a copy of this order on Defendant Dressler and shall file a proof of service by August 26, 2019.

IT IS SO ORDERED.

Dated: August 23, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1