# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DE'MARIAN A. CLEMONS,

    Plaintiff(s),

v.

BRIAN WILLIAMS, et al.,

    Defendant(s).

Case No.: 2:13-cv-00093-RFB-NJK

**Order**

(Docket No. 252)

Plaintiff moves the Court to direct the U.S. Marshals to serve Defendant Cheryl Burson with Plaintiff's amended complaint via Facebook. Docket No. 252. For the reasons the Court ordered the U.S. Marshals to effect service of process of Plaintiff's original complaint via Facebook (Docket No. 237), the Court **GRANTS** Plaintiff's motion at Docket No. 252. The Court hereby **ORDERS** the U.S. Marshal to effect service of process of Plaintiff's amended complaint (Docket No. 242) on Defendant Burson via her Facebook account, https://www.facebook.com/cherie.burson.

IT IS SO ORDERED.

Dated: August 23, 2019

Nancy J. Koppe
United States Magistrate Judge