# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DE'MARIAN A. CLEMONS,

    Plaintiff(s),

v.

BRIAN WILLIAMS, et al.,

    Defendant(s).

Case No.: 2:13-cv-00093-RFB-NJK

**ORDER**

(Docket No. 270)

    Pending before the Court is a motion to withdraw as counsel for Defendant Cheryl Dressler. Docket No. 270. Any response must be filed no later than November 7, 2019. The Court hereby **SETS** a hearing on the motion for 11:30 a.m. on November 21, 2019. In addition to withdrawing counsel and any newly retained counsel, Defendant Dressler must appear personally at the hearing. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

    Withdrawing counsel shall serve a copy of this order on Defendant Dressler and shall file a proof of service by October 31, 2019.

    IT IS SO ORDERED.

    Dated: October 24, 2019

                                              Nancy J. Koppe
                                              United States Magistrate Judge