**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DE'MARIAN A. CLEMONS, | Case No.: 2:13-cv-00093-RFB-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 268) |
| BRIAN WILLIAMS, et al., | |
| Defendant(s). | |

Pending before the Court is the Office of Attorney General's motion to reconsider the Court's order denying without prejudice its motion to withdraw as counsel for Defendant Cheryl Dressler, Docket No. 265. Docket No. 268. On October 23, 2019, the Office of Attorney General filed a new motion to withdraw as counsel for Defendant Dressler. Docket No. 270. Accordingly, the Court **DENIES** as moot the motion to reconsider. Docket No. 268.

IT IS SO ORDERED.

Dated: October 24, 2019

_____
Nancy J. Koppe
United States Magistrate Judge