AARON D. FORD
  Attorney Genera
D. RANDALL GILMER (Bar No. 14001)
  Chief Deputy Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada  89101
(702) 486-3711 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendants Tanya Hill,
Francisco Sanchez, Brian Williams,
State of Nevada, and the Nevada
Department of Corrections*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DE'MARIAN A. CLEMONS, | Case No. 2:13-cv-00093-RFB-NJK |
| Plaintiff, | |
| vs. | **STATE DEFENDANTS' UNOPPOSED MOTION TO EXTEND STAY FOR SETTLEMENT PURPOSES** |
| BRIAN WILLIAMS, *et al.*, | |
| Defendants. | |

Defendants Tanya Hill, Francisco Sanchez, Brian Williams, State of Nevada, and the Nevada Department of Corrections (the "State Defendants"), by and through counsel, Randall Gilmer, Chief Deputy Attorney General, and Jared M. Frost, Senior Deputy Attorney General, hereby move to extend the stay for an additional forty-five (45) days for settlement purposes.

On March 18, 2020, the parties reached a tentative agreement to resolve this matter in its entirety. On March 23, 2020, the Court granted the State Defendants' Unopposed Motion for Stay. ECF No. 317. Pursuant the Order, the Court directed the parties to file a stipulation of dismissal or joint status report within thirty (30) days. *Id.*

Additional time is needed to conclude this matter and file a stipulation of dismissal. Since the Court entered a stay on March 23, 2020, the parties have been cooperating to finalize the agreement and to resolve this matter without the need for further litigation. Additionally, on April 17, 2020, Plaintiff's counsel reported that Plaintiff had signed the settlement agreement and that the signed agreement had been mailed. However, more time is needed to obtain all necessary signatures for the agreement and for the parties to complete certain performance obligations before filing the stipulation of dismissal. Therefore, the State Defendants request that the Court extend the stay for an additional forty-five (45) days. [The State Defendants have contacted counsel for Plaintiff and Defendant Cheryl Dressler and confirmed they do not oppose this stay request.]

DATED this 21st day of April, 2020.

AARON D. FORD
Attorney General

By:  /s/ Jared M. Frost
JARED M. FROST (Bar No. 11132)
Senior Deputy Attorney General
D. RANDALL GILMER (Bar No. 14001)
Chief Deputy Attorney General

*Attorneys for Defendants Tanya Hill, Francisco Sanchez, Brian Williams, State of Nevada, and the Nevada Department of Corrections*

## ORDER

**SO ORDERED.** The matter is stayed for an additional forty-five (45) days. No later than June 8, 2020, the parties shall file a stipulation to dismiss the matter, or a status report addressing their efforts to resolve the matter and how the case should move forward.

Dated this 22nd day of April, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on April 21, 2020, I electronically filed the foregoing **STATE DEFENDANTS' UNOPPOSED MOTION TO EXTEND STAY FOR SETTLEMENT PURPOSES** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Jason K. Hicks, Esq.
Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
hicksja@gtlaw.com

and

Michael L. Rosenthal, Esq.
*Admitted Pro Hac Vice*
Stephen F. Raiola, Esq.
*Admitted Pro Hac Vice*
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, D.C.  20001
mrosenthal@cov.com
sraiola@cov.com

*Attorneys for Plaintiff*

Kerry S. Doyle, Esq.
Doyle Law Office, PLLC.
4600 Kietzke Lane, Suite I-207
Reno, Nevada  89502
kerry@rdoylelaw.com

*Attorneys for Cheryl Dressler*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General