AARON D. FORD
  Attorney Genera
D. RANDALL GILMER (Bar No. 14001)
  Chief Deputy Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada  89101
(702) 486-3711 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendants Tanya Hill,
Francisco Sanchez, Brian Williams,
State of Nevada, and the Nevada
Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DE'MARIAN A. CLEMONS,<br><br>        Plaintiff,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>        Defendants. | Case No. 2:13-cv-00093-RFB-NJK<br><br>**STATE DEFENDANTS' UNOPPOSED MOTION TO EXTEND STAY FOR SETTLEMENT PURPOSES**<br><br>**(Fourth Request)** |

Defendants Tanya Hill, Francisco Sanchez, Brian Williams, State of Nevada, and the Nevada Department of Corrections (the "State Defendants"), by and through counsel, Randall Gilmer, Chief Deputy Attorney General, and Jared M. Frost, Senior Deputy Attorney General, hereby move to extend the stay for an additional thirty (30) days for settlement purposes.

On March 18, 2020, the parties reached a tentative agreement to resolve this matter in its entirety. On March 23, 2020, the Court granted the State Defendants' Unopposed Motion for Stay. ECF No. 317. Pursuant the Order, the Court directed the parties to file a stipulation of dismissal or joint status report within thirty (30) days. *Id.*

On June 5, 2020, the court granted the State Defendants' third unopposed request to extend the stay. ECF No. 321. Pursuant to the order, the stay was extended until June 26, 2020, at which time the parties are directed to file a stipulation to dismiss the matter or a status report addressing how the case should move forward. *Id.*

Since this court granted the State Defendants' third request to extend the stay, the State Defendants have provided confirmation of debt waiver and one of three payments required by the agreement. The State Defendants have also informed Plaintiff that the remaining two payments were mailed on or about June 11, 2020. However, as of the date of this motion, counsel for Plaintiff has not confirmed receipt of the remaining two payments. Accordingly, the parties require additional time to finalize their agreement and the State Defendants request that the Court extend the stay for an additional thirty (30) days or until July 24, 2020. The State Defendants have contacted counsel for Plaintiff and Defendant Cheryl Dressler and confirmed they do not oppose this stay request.

DATED this 26th day of June, 2020.

AARON D. FORD
Attorney General

By: /s/ Jared M. Frost
JARED M. FROST (Bar No. 11132)
Senior Deputy Attorney General
D. RANDALL GILMER (Bar No. 14001)
Chief Deputy Attorney General

*Attorneys for Defendants Tanya Hill, Francisco Sanchez, Brian Williams, State of Nevada, and the Nevada Department of Corrections*

## ORDER

**SO ORDERED.** The matter is stayed for an additional thirty (30) days. No later than July 24, 2020, the parties shall file a stipulation to dismiss the matter, or a status report addressing their efforts to resolve the matter and how the case should move forward.

Dated this  30th  day of       June       , 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE