AARON D. FORD
  Attorney General
D. RANDALL GILMER (Bar No. 14001)
  Chief Deputy Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada 89101
(702) 486-3711 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendants Tanya Hill, Francisco Sanchez, Brian Williams, State of Nevada, and the Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DE'MARIAN A. CLEMONS,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>    Defendants. | Case No. 2:13-cv-00093-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is stipulated and agreed by and between Plaintiff De'Marian Clemons, by and through counsel, Stephen F. Raiola, Esq.; Defendants Tanya Hill, Francisco Sanchez, Brian Williams, State of Nevada, and the Nevada Department of Corrections (the "State Defendants"), by and through counsel, D. Randall Gilmer, Chief Deputy Attorney General, and Jared M. Frost, Senior Deputy Attorney General; and Defendant Cheryl Dressler, by and through counsel, Kerry S. Doyle, Esq, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs. This stipulation is made and based on a Settlement Agreement reached by the parties. The
///

parties further state that they have resolved this matter in its entirety, and that the Court may accordingly close the case.

DATED: July 21, 2020.                               DATED: July 21, 2020.

                                                    AARON D. FORD
                                                    Nevada Attorney General

/s/ Michael L. Rosenthal                            By: /s/ Jared M. Frost
MICHAEL L. ROSENTHAL, Esq.                          JARED M. FROST
Stephen F. Raiola, Esq.                             Senior Deputy Attorney General
Covington & Burling LLP                             D. RANDALL GILMER
One City Center                                     Chief Deputy Attorney General
850 Tenth Street, NW                                Office of the Nevada Attorney General
Washington, D.C. 20001                              555 E. Washington Avenue, Suite 3900
                                                    Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
                                                    *Attorneys for the State Defendants*


DATED; July 21, 2020.


/s/ Kerry S. Doyle
KERRY S. DOYLE, Esq.
Doyle Law Office, PLLC
4600 Kietzke Lane, Suite I-207
Reno, Nevada 89502

*Attorney for Cheryl Dressler*


## ORDER

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 22nd day of July, 2020.